IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3120 |
| vs. | ) | **ORDER FOR DISMISSAL OF INDICTMENT** |
| VICTOR MANUEL ALVARADO SANCHEZ, BENJAMIN PELAYO-PELAYO, | ) | |
| Defendants. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, against the two remaining defendants, VICTOR MANUEL ALVARADO SANCHEZ and BENJAMIN PELAYO-PELAYO

DATED this 17th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*

RICHARD G. KOPF
Senior United States District Court Judge